JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 448 -- In re McDonnell Douglas Corporation Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/10/29 | 1 | MOTION, BRIEF, SCHEDULE AND EXHIBITS A through C -- Pltf. Morton Funk w/cert. of svc. for transfer to the Eastern District of New York.<br>Suggested Transferee District: E.D. New York<br>Suggested Transferee Judge:     (ds) |
| 80/11/04 | | AMENDED CERT. OF SERVICE (Pleading No. 1) --<br>Pltf. Morton Funk  (emh) |
| 80/11/05 | | HEARING ORDER -- Setting motion of pltf. Morton Funk for transfer of A-1 through A-3. Hearing set for West Palm Beach, Fla. on Dec. 9, 1980. Notified counsel, clerks and judges.   (rew) |
| 80/11/06 | 2 | REQUEST FOR EXTENSION OF TIME -- ALL DEFENDANTS (ltr. signed by Mr. Barist) -- GRANTED TO AND INCLUDING November 18, 1980 for defendants only.  (emh) |
| 80/11/10 | | APPEARANCES: ROBERT M. KORNREICH, ESQ. FOR Morton Funk; SHERRIE R. SAVETT, ESQ. FOR Robert A. Epstein; VERYL L. RIDDLE, ESQ. FOR McDonnell Douglas Corp.; JEFFREY BARIST, ESQ. for David Arnold, et al. (cds) |
| 80/11/12 | 3 | RESPONSE/BRIEF -- Pltf. Epstein -- w/cert. of svc. (emh) |
| 80/11/13 | 4 | RESPONSE/BRIEF -- Roger Pearlman - w/cert. of svc. (emh) |
| 80/11/13 | | APPEARANCE: JOHN C. DODS, ESQ. FOR Roger Pearlman  (cds) |
| 80/11/18 | | CORRECTION TO HEARING ORDER -- Changing the District of Rhode Island the schedule to this litigation to Eastern District of Missouri -- Notified involved counsel, judge and clerk  (cds) |
| 80/11/18 | 5 | RESPONSE/MOTION -- Deft. McDonnell Douglas Corp. -- w/Exhibits and cert. of svc. XXXXXX w/Brief<br>Suggested Transferee District: E.D. Missouri     (emh) |
| 80/11/20 | 6 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Pltf. Morton Funk -- GRANTED to and including 11/26/80 (emh) |
| 80/11/24 | 7 | LETTER (Re: Pleading No. 5) -- signed by Jeffrey Barist(emh |
| 80/11/28 | 8 | REPLY BRIEF -- Pltf. Morton Funk and Robert A. Epstein -- w/cert. of service  (cds) |
| 80/12/05 | | HEARING APPEARANCE: ROBERT KORNREICH, ESQ. FOR Morton Funk; H. LADDIE MONTAGUE, JR., ESQ. FOR Epstein; VERYL L. RIDDLE, ESQ. FOR McDonnell Douglas Corporation; JEFFREY BARIST, ESQ. FOR David Arnold, et al.; and JOHN C. DODS, ESQ. FOR Roger Pearlman (cds) |

JPML FORM 1A - Continuation                                DOCKET ENTRIES -- p._____

DOCKET NO. ____ -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 80/02/02 | | CONSENT OF TRANSFEREE DISTRICT TO ASSIGN LITIGATION TO E.D. MISSOURI BEFORE JUDGE HUNGATE -- signed by Chief Judge Wangelin  (cds) |
| 81/02/02 | | TRANSFER ORDER -- Transferring A-1 and A-2 to the E.D. Missouri before the Honorable William L. Hungate -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |

JPML Form 1
Revised: 8/78

DOCKET NO. 448 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE McDONNELL DOUGLAS CORPORATION SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 12/9/80 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Feb. 2, 1981 | TO | unpublished | E.D. Missouri | William L. Hungate | |

Special Transferee Information

DATE CLOSED: 2/23/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

*Closed 2/23/84*

DOCKET NO. 448 -- In re McDonnell Douglas Corporation Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Morton Funk v. James McDonnell, et al. | E.D.N.Y. Nickerson | 80 CIV 1216 | 2/2/81 | 81-169 | 10/9/81 | 14048/3/8 |
| A-2 | Robert A. Epstein, etc. v. David Arnold, et al. | S.D.N.Y. Pollack | 80 CIV 5620 | 2/2/81 | 81-170 (closed) | 8/3/81 | |
| A-3 | Roger Pearlman v. McDonnell Douglas Corp., et al. | E.D.Mo. Hungate | 80-1020C-4 | — | — | (closed) | |

*July 1984 - Docket Closed - 2/23/84*

J. Hungate order of 8/3/81 assigning A-1 and A-2 to Mo., E. (28 U.S.C. §1404(a)) for all purposes.

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 448 -- In re McDonnell Douglas Corporation Securities Litigation

| | |
|---|---|
| MORTON FUNK (A-1)<br>Robert M. Kornreich, Esq.<br>Wolf, Popper, Ross, Wolf & Jones<br>845 Third Avenue<br>New York, New York  10022<br><br>ROBERT A. EPSTEIN (A-2)<br>Sherrie R. Savett, Esq.<br>Berger & Montague, P.A.<br>1622 Locust Street<br>Philadelphia, PA  19103<br><br>ROGER PEARLMAN (A-3)<br>John C. Dods, Esq.<br>Shook, Hardy & Bacon<br>1101 Walnut, 20th Floor<br>Kansas City, Missouri  64106 | McDONNELL DOUGLAS CORPORATION<br>Veryl L. Riddle, Esq.<br>Bryan, Cave, McPheeters & McRoberts<br>500 North Broadway<br>St. Louis, Missouri  63102<br><br>DAVID ARNOLD<br>ALVIN BOYD<br>ERWIN BRANAHL<br>JOHN C. BRIZENDINE<br>B. G. BROMBERG<br>JERRY BROWN<br>ROBERT CORTINOVIS<br>DONALD DOUGLAS, JR.<br>CHARLES FORSYTH<br>GEORGE S. GRAFF<br>ROBERT HARMON<br>ROBERT JOHNSON<br>RAY KLEINBERG<br>DONALD MALVERN<br>ESTATE OF JAMES S. McDONNELL<br>JOHN F. McDONNELL<br>SANFORD N. McDONNELL<br>JAMES McMILLAN<br>A. JOSEPH QUACKENBUSH<br>ALBERT REDWAY, JR.<br>JOHN SANT<br>ALBERT SMITH<br>Jeffrey Barist, Esq.<br>White & Case<br>14 Wall Street<br>New York, New York  10005 |

JPML FORM 3

p. *1*

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 448 -- In re McDonnell Douglas Corporation Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| James McDonnell | A-1, A-2, A-3 |
| Sanford McDonnell | A-1, A-2, A-2, A-3 |
| John McDonnell | A-1, A-2, A-3 |
| Alvin Boyd | A-1, A-2 |
| Ray Kleinberg | A-1, A-2 |
| Jerry Brown | A-1, A-2, A-3 |
| Robert Cortinovis | A-1, A-2 |
| Albert Redway, Jr. | A-1, A-2 |
| John Sant | A-1, A-2, A-3 |
| Donald Malvern | A-1, A-2 |
| Charles Forsyth | A-1, A-2 |

p. 2

| Name | Exhibits |
|---|---|
| Robert Johnson ✓ | A-1, A-2 |
| James McMillan ✓ | A-1, A-2 |
| David Arnold ✓ | A-1, A-2 |
| Robert Harmon ✓ | A-1, A-2 |
| Albert Smith ✓ | A-1, A-2 |
| Erwin Branahl ✓ | A-1, A-2 |
| B.G. Bromberg ✓ | A-1, A-2 |
| Donald Douglas, Jr. ✓ | A-1, A-2 |
| John C. Brizendine ✓ | A-2 |
| George S. Graff ✓ | A-2 |
| A. Joseph Quackenbush | A-2 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 448 -- In re McDonnell Douglas Corporation Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| McDonnell Douglas Corp. | A-2, A-3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |