JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB -2 1981    2/2/81

DOCKET NO. 448

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE McDONNELL DOUGLAS CORPORATION SECURITIES LITIGATION

TRANSFER ORDER

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by Morton Funk (Funk), the plaintiff in one action listed on the attached Schedule A, for transfer of the action pending in the Southern District of New York and the action pending in the Eastern District of Missouri to the Eastern District of New York for coordinated or consolidated pretrial proceedings with the action pending there.

All responding parties agree on the desirability of or do not oppose transfer. The only dispute concerns the selection of the transferee district. Plaintiff in the action pending in the Southern District of New York joins Funk in urging centralization in the Eastern District of New York. All defendants and plaintiff in the Missouri action favor centralization in the Eastern District of Missouri.

We find that these actions involve common questions of fact and that centralization of the actions under Section 1407 in the Eastern District of Missouri will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

Those parties favoring the Eastern District of New York as the transferee district argue chiefly that "significant third-party documents and witnesses [relating to securities analysts and brokerage firms are] located in the New York area," and that the Eastern District of New York is the forum favored by a majority of the plaintiffs and their counsel. The defendants and the Missouri plaintiff, on the other hand, favor centralization in the Eastern District of Missouri principally on the grounds that: (1) the corporate headquarters and principal place of business of McDonnell Douglas Corporation (McDonnell Douglas), a defendant in two of the actions, are in St. Louis, fourteen of the 22 individual defendants live in the St. Louis area, and therefore many relevant documents and witnesses are located there; (2) important third-party documents and witnesses from brokerage firms are located in St. Louis; (3) recent statistics contained in the Annual Report of the Director of the Administrative Office of the United States Courts reveal that this litigation could proceed to trial more expeditiously in the Eastern District of Missouri than in either the Eastern District of New York or the Southern District of New York; and (4) the Eastern District of Missouri is centrally located for a litigation that is national in scope.

We are persuaded that the Eastern District of Missouri is the most appropriate transferee forum for this litigation for the reasons set forth by the parties favoring the Eastern District of Missouri.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Eastern District of New York and the Southern District of New York be, and the same hereby are, transferred to the Eastern District of Missouri and, with the consent of that court, assigned to the Honorable William L. Hungate for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

Docket No. 448 -- <u>In re McDonnell Douglas Corporation Securities Litigation</u>

### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Morton Funk v. James McDonnell, et al. | Civil Action No. 80 CIV 1216 |

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert A. Epstein, etc. v. David Arnold, et al. | Civil Action No. 80 CIV 5620 |

### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Roger Pearlman v. McDonnell Douglas Corporation, et al. | Civil Action No. 80-1020C-4 |